On appellant's motion for reconsideration filed March 21, reconsideration allowed; decision (133 Or App 448, 890 P2d 1016) vacated; affirmed September 13, 1995

STATE OF OREGON,
*Respondent,*

*v.*

JUSTIN BLAINE WALKER,
*Appellant.*

(93D-101174; CA A83049)

902 P2d 137

Alan H. Biedermann, Deputy Public Defender, for motion.

Before Riggs, Presiding Judge, and Landau and Leeson, Judges.

PER CURIAM

Reconsideration allowed; decision vacated; affirmed. *State v. Flowers*, 136 Or App 555, 902 P2d 624 (1995).